1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10

11   PAUL CLADY,                              CASE NO. 06-CV-2436 W (LSP)

12

13                          Plaintiff,        **ORDER GRANTING IN PART**

14      v.                                    **AND DENYING IN PART**

15   MBC DEVELOPMENT, INC., et al.,           **JOINT MOTION**

16

17                          Defendants.

18

19

20        On March 5, 2007, the parties jointly filed a stipulation reflecting their agreement

21   to dismiss the case with prejudice.  Good cause appearing, the court hereby **GRANTS**

22   the motion, but **DENIES** the motion to the extent the parties requested that the court

23   retain jurisdiction over settlement disputes.

        **IT IS SO ORDERED.**
24
     DATED:  March 9, 2007
25

26   _____

27   Hon. Thomas J. Whelan
     United States District Judge
28

-1-                                        06cv2436