# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLADY,<br><br>         Plaintiff,<br>   v.<br><br>MBC DEVELOPMENT, INC., et al.<br><br>         Defendants. | CASE NO. 06-CV-2436 W (LSP)<br><br>**ORDER VACATING PRIOR ORDER AND GRANTING JOINT MOTION** |

On March 5, 2007, the parties jointly filed a motion requesting the court to dismiss this case with prejudice in accordance with a settlement they reached. The parties agreed, however, that Magistrate Judge Leo S. Papas would retain jurisdiction over disputes arising out of the settlement agreement. Good cause appearing, the court hereby **GRANTS** the motion in its entirety. This order shall vacate and supersede the court's prior order dated March 9, 2007 [Docket No. 11].

**IT IS SO ORDERED.**

DATED: March 14, 2007

_____
Hon. Thomas J. Whelan
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28